HENRY WENZEL, APPELLANT, V. D. G. GRIFFITH, APPELLEE.

FILED MAY 1, 1930. No. 27153.

*S. D. Killen,* for appellant.

*C. A. Sorenson, Attorney General,* and *Homer L. Kyle, contra.*

Heard before GOSS, C. J., DEAN, THOMPSON, EBERLY and DAY, JJ., and FITZGERALD and HASTINGS, District Judges.

PER CURIAM.

Henry Wenzel brought this action in the district court for Gage county seeking his release from the state hospital for the insane located at Lincoln, Lancaster county, Nebraska, by writ of habeas corpus. Defendant Griffith, who is superintendent of the state hospital, filed a special appearance objecting to the jurisdiction of the court on the ground that plaintiff was confined in Lancaster county. The trial court sustained defendant's special appearance and plaintiff has appealed.

The sole issue presented is that of the jurisdiction of the district court for Gage county. We have carefully considered the record and find that this case is controlled by the holding of this court in *Gillard v. Clark,* 105 Neb. 84. The judgment of the district court is therefore

AFFIRMED.